MICHAEL LYNN LEE #2132243
RICHARD P LeBLANC UNIT
3695 F.M. 3514
BEAUMONT, TEXAS 77705

FILED
MAY 25 2018
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

MAY 20, 2018

COURT OF APPEALS CLERK, VIVIAN LONG
SEVENTH DISTRICT OF TEXAS
POTTER COUNTY COURTS BUILDING
501 SOUTH FILLMORE, SUITE 2-A
AMARILLO, TEXAS 79101-2449

RE: CASE NUMBER: 07-18-00195-CV
STYLE: In re Michael Lynn Lee. Relator

DEAR CLERK:

I respectfully request that you dismiss the above-styled cause, as I am a lay-men in the law and I improperly filed the Application for Writ of Mandamus in your Court prematurely. The procedure for filing this Mandamus was sorely misrepresented in the State Counsel for Offenders handbook here in TDCJ.

I sincerely apologize for any inconvenience this may have caused your office. I pray that if I'm to have any future dealings with this Court, this mix up will not hinder any future relationship/interaction.

THANK YOU KINDLY,
MICHAEL LYNN LEE #2132243
Michael Lynn Lee

MICHAEL LYNN LEE #213 2243
RICHARD P. LeBLANC UNIT
3695 F.M. 3514
BEAUMONT, TEXAS 77705

Legal Mail

MAY 20, 2018

NORTH HOUSTON TX 773
21 MAY 2018 PM 9 L

To: COURT OF APPEALS CLERK, VIVIAN LONG
SEVENTH DISTRICT OF TEXAS
POTTER COUNTY COURTS BUILDING
501 SOUTH FILLMORE, SUITE, 2-A
AMARILLO, TEXAS 79101-2449

79101-244921